UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:24cv01865 CAS (SHKx) | Date: July 11, 2025 |
| Title *JEANINE ANDERSEN v. CALIFORNIA STEEL INDUSTRIES, INC.* | |

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE**

On April 15, 2025, the Court approved the parties' Joint Stipulation to Stay All Proceedings and to Extend Time to resond to First Amended Complaint [15] by Order [16] extending the stay until May 15, 2025. The parties stipulated that if the action was not dismissed, plaintiff would file a Second Amended Complaint.  To date, no dismissal, responsive pleading, amendment of the complaint, nor request for an extension of the stay, been filed.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 4, 2025**, why this action should not be dismissed for lack of prosecution**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendant CALIFORNIA STEEL INDUSTRIES, INC.,** or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |