UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL     JS-6

Case No.    5:24cv01865 CAS (SHKx)           Date: August 5, 2025

Title    *JEANINE ANDERSEN v. CALIFORNIA STEEL INDUSTRIES, INC.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) – DECLARATION OF CYNTHIA M. COHEN IN RESPONSE TO ORDER TO SHOW CAUSE, DATED JULY 11, 2025 [18] (Filed August 1, 2025)**

The Court is in receipt of the Declaration of Cynthia M. Cohen[18] in Response to Order to Show Cause, Dated July 11, 2025 [18]. The Court hereby discharges its Order to Show Cause [17].

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about August 1, 2025;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **30 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

                                                         00:00

**Initials of Preparer**     CMJ