JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE ANDERSEN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STEEL INDUSTRIES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-01865-CAS-SHKx<br><br>Judge: Hon. Christina A. Snyder<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Stipulation of Dismissal filed concurrently herewith] |

ORDER

After review of Plaintiff Jeanine Andersen's ("Plaintiff") and Defendant California Steel Industries' ("Defendant") (collectively "Parties"), Stipulation of Dismissal with Prejudice, the above-entitled action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:　　　August 20, 2025　　By: _/s/ Christine A. Snyder_
　　　　　　　　　　　　　　　　HON. CHRISTINE A. SNYDER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE